RECEIVED
MAY 1 4 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Michael Villagran

Judge David Coar
Mag Judge Bobrick

DOCKETED
MAY 1 8 2004

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 04C 3421
(To be supplied by the Clerk of this Court)

Kane County Jail

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)**

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)**

____ **OTHER (cite statute, if known)**

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Michael Villagram

B. List all aliases: None

C. Prisoner identification number: Kane 65972 / McHenry #43857

D. Place of present confinement: Kane County / McHenry County Jail

E. Address: Kane County Jail 777 E. Fabyan Parkway Geneva Il 60134 / 2200 N Seminary A Woodstock Il 60098

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Kane County Jail

Title: Adult Correctional Center

Place of Employment: 777 E Fabyan Parkway, Geneva Il.

B. Defendant: ______

Title: ______

Place of Employment: ______

C. Defendant: ______

Title: ______

Place of Employment: ______

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is YES:

1. What steps did you take?

I wrote the grievance and turned it in according to procedure

2. What was the result?

No response was given then I was transfered to McHenry to be held for Kane County

3. If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

No procedure for non response

D. If your answer is NO, explain why not: N/A

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take?

I complained to officers
I complained to Nurse
I spoke w/ Sgt at MCJ

2. What was the result?

I was placed in Medical
at McHenry County Jail

H. If your answer is NO, explain why not:

N/A

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: None

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: None

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

H. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V. Statement of Claim:**

**State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)**

I entered Kane County on 8/18/03 and was in good health. Then after about 2 months I noticed a skin problem on my right leg. I ask for medical attention and recieved none. Then over a period of several month it became much worse and while I was in McHenry County Jail being held for Kane County it had become so bad that I couldn't walk without great pain. This started as a small red patch and grew to infect my whole leg.

Since I arrived without this problem and now have an infectous skin condition called Cellalidus bacteria I believe

I aquired this condition due to Kane Counties negligence I'm still suffering and recieve very little medical attention.
I would also state that McHenry County was attempting to ignore this problem at first and I was in so much pain that I started screaming, crying and threatening which caused me to be to be taken to the emergency room at the Woodstock hospital at which time I was immediatly given IVs and a perscription.

**VI. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) I want to be treated by a skin specialist at the Counties expense as long as this condition persists (2) Have the medical evaluation and treatment improved and (3) to recieve $50,000.00 in punitive damages for my pain and suffering (4) Have Heath inspectors investigate Kane County Jail.

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 10th day of May, 2004

Michael Villagran
(Signature of plaintiff or plaintiffs)

Michael Villagran
(Print name)

McHenry #43857 - Kane 65972
(I.D. Number)

(Address)



Revised 4/01