**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Michael Villagran, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:04-cv-03421 |
| | ) | |
| Kenneth Ramsey, Sherriff of Kane County; et al. | ) | Judge Hon. David H. Coar |
| | ) | |
| | ) | Magistrate Hon. Jeffrey Cole |
| Defendants. | ) | |

# PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Plaintiff MICHAEL VILLAGRAN ("Villagran") hereby moves this Court, through his undersigned counsel, pursuant to FED. R. CIV. P. 41(a) for an Order of dismissal with prejudice with leave to reinstate within 30 days. In support of this Motion, Villagran states as follows:

1. The parties have reached a settlement agreement.

2. In order for the Parties to finalize and effectuate the terms of their settlement agreement, Villagran requests leave to reinstate this matter within 30 days if necessary to enforce the settlement agreement.

WHEREFORE, Villagran requests that that this Court enter an Order dismissing his suit with prejudice with leave to reinstate within thirty (30) days.

Respectfully Submitted,

/s/ Mark A. Bradford

P. Russell Perdew
Mark A. Bradford
Lord Bissell & Brook LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0228 (M. Bradford)

**CERTIFICATE OF SERVICE**

I, Mark A. Bradford, an attorney, hereby certify that I caused the foregoing Plaintiff's Motion for Voluntary Dismissal to be filed with the Court's CM/ECF system on this 5th day of March, 2007.

Rick Tjepkema, Esq.
Charysh & Schroeder, Ltd.
33 North Dearborn Street, Suite 1300
Chicago, Illinois 60602

Joseph Lulves
Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134

________/s/ Mark A. Bradford________
Mark A. Bradford